UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THOMAS J. OLSEN,                                            :
                                      Plaintiff,            :
                                                            :         22 Civ. 5508 (LGS)
            -against-                                       :
                                                            :         <u>ORDER</u>
S-10 TRAINING, LLC,                                         :
                                      Defendant.            :
------------------------------------------------------------:
                                                            X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated July 11, 2022, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is currently scheduled for August 31, 2022, at 4:00 p.m.;

    WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket;

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan; it is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **August 26, 2022**, at **3:00 p.m.**  If Plaintiff has not been in communication with Defendant, he shall file a status letter regarding his efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than **August 26, 2022**, at **3:00 p.m.**  Failure to obey the Court's orders may result in sanctions, including dismissal for failure to prosecute.

Dated: August 25, 2022
       New York, New York

                                                                                       LORNA G. SCHOFIELD
                                                                                 UNITED STATES DISTRICT JUDGE