

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.764.7171
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

August 26, 2022

VIA ECF
The Honorable Lorna G. Schofield, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>Olsen v. S-10 Training, LLC, No. 1:22-cv-5508 (LGS)</u>

Dear Judge Schofield:

    This firm represents Plaintiff Thomas J. Olsen and we submit this letter on behalf of all parties to advise the Court this matter has been amicably resolved. The parties, accordingly, respectfully request (i) this matter be dismissed and discontinued without costs, and without prejudice to Plaintiff's right to open the action within thirty days of the Court's Order if the settlement is not consummated, and (ii) any existing deadlines and conferences be adjourned *sine die*.

    We appreciate the Court's consideration of these requests.

    Respectfully submitted,
    LIPSKY LOWE LLP


    <u>s/ Christopher H. Lowe</u>
    Christopher H. Lowe


CC:    Defendant's Counsel (Via Email)